NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL JAMES RUSSO,                    )
                                        )
      Appellant,                        )
                                        )
v.                                      )       Case No. 2D17-3024
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                         )
                                        )
_____ )

Opinion filed September 4, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Mark C. De Sisto, Punta Gorda; and
Sipreano Rios, Punta Gorda for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.